

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER TO FILE SUPPLEMENTAL CLERK'S RECORD

Appellate case name:       In re Terr'l La'Yonne Mark, Relator

Appellate case number:       01-15-00582-CV

Trial court case number:       14-DCV-214998

Trial court:       387th/505th District Court of Fort Bend County

Relator, Terr'l La'yonne Mark, filed a petition for a writ of mandamus in this Court seeking to compel the respondent, The Honorable Brenda G. Mullinix, to enter an order granting his motion to transfer venue without a hearing of the underlying suit affecting the parent-child relationship from Fort Bend to Tarrant County. However, after reviewing the trial clerk's website for the docket sheet and comparing it with the docket sheet attached as Exhibit 19 to relator's appendix in support of his mandamus petition filed in this Court, it appears that the above case was reassigned from the 387th to the 505th District Court of Fort Bend County, The Honorable David S. Perwin presiding.

Mandamus will not issue against a new trial judge for what a former one did or was asked to do. *See In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008); *see also* TEX. R. APP. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision."). Accordingly, this Court lifts the stay previously imposed in this case and, pursuant to Texas Rules of Appellate Procedure 34.5(c)(1), the trial court clerk is **ordered** to file a supplemental clerk's record containing a certified copy of the docket sheet, entitled "Register of Actions," for trial court case number 14-DCV-214998.

The supplemental clerk's record shall be filed with the Clerk of the First Court of Appeals in the above-referenced original proceeding number 01-15-00582-CV within **10 days** of the date of this order. *See* TEX. R. APP. P. 34.5(c)(1), (3).

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
           ☑ Acting individually    ☐ Acting for the Court
Date: July 22, 2016